**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BAYER & WILLIS INC., *et al.*,   )<br>                                 )<br>          Plaintiffs,            )<br>                                 )<br>     v.                          )<br>                                 )<br>REPUBLIC OF THE GAMBIA, *et al.*)<br>                                 )<br>          Defendants.            )<br>                                 ) | Civil Action No. 02-0176(EGS)<br>**ECF** |

**O R D E R**

Upon consideration of the Motions for Entry of Default and Default Judgment [7] and [9], and the Declarations filed, the Clerk of the Court is hereby,

ORDERED to enter judgment against all defendants in this case, in the amount of **$67,700.00,** plus statutory interest.  THIS CASE IS CLOSED.

IT IS SO ORDERED.


_____                    _____
DATE                                      EMMET G. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE